UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDY DELAIR, on behalf of HERSELF and All Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) | COLLECTIVE ACTION |
| v. ) ) | CASE NO. 3:15-cv-01095 |
| CAREALL MANAGEMENT, LLC d/b/a CAREALL HOME CARE SERVICES, ) ) ) | JUDGE TRAUGER MAGISTRATE JUDGE BROWN |
| Defendants. ) | |

## ORDER APPROVING SETTLEMENT

Before the Court is the parties' Joint Motion to Approve Settlement in Collective Action. For good cause shown, the Motion is GRANTED. Specifically, the Court ORDERS as follows:

1. The Court hereby APPROVES the proposed settlement as set forth in parties' Memorandum of Law in Support of Joint Motion to Approve Settlement in Collective Action (the "Memorandum in Support"), subject to the conditions stated in this Order.

2. The Court finds that the proposed settlement represents a fair and reasonable compromise of contested litigation involving *bona fide* disputes between the parties.

3. Plaintiff and Defendant shall administer the settlement pursuant to the timeline set forth in the Memorandum in Support.

4. The Court finds fair and reasonable the agreed upon allocations set forth in the Memorandum in Support, including a Maximum Payment amount of $165,000.00; an allocation of $95,000.00 to Class Members as set forth on Exhibit B to the Memorandum in Support; a service payment to the Named Plaintiff totaling $5,000.00; and an allocation of $65,000.00 to the

1

payment of reasonable attorneys' fees and litigation costs for the work performed to date and to be performed in the future to administer the settlement.

5. The Court approves the Legal Aid Society of Middle Tennessee and the Cumberlands as the recipient of any unclaimed settlement funds.

6. Without affecting the finality of this Order and Final Judgment in any way, the Court retains continuing jurisdiction over this Action for the purpose of enforcing the settlement.

7. This case is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

**BARRETT JOHNSOTN MARTIN & GARRISON, LLC**

By: /s/ Scott P. Tift
Jerry E. Martin, #20193
David W. Garrison, #24968
Scott P. Tift, #27592
Seth M. Hyatt, #31171

414 Union Street, Suite 900
Nashville, TN 37219
 (615) 244-2202 – Telephone
 (615) 252-3798 – Facsimile

**WINEBRAKE & SANTILLO, LLC**

Peter Winebrake*
R. Andrew Santillo*
715 Twining Road, Suite 211
Dresher, PA 19025
 (215) 884-2491 – Telephone
 (215) 884-2492 – Facsimile

* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*


**NEAL & HARWELL, PLC**


By:  /s/ Kendra E. Samson w/ permission
William T. Ramsey, #009245
Kendra E. Samson, # 018976

1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Fax

*Counsel for Defendant*